# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2019

157134

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

AARON ANTWAUN ROBINSON,
       Defendant-Appellant.

SC: 157134
COA: 335193
Genesee CC: 11-029956-FC

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

_____/

By order of October 2, 2018, the application for leave to appeal the December 28, 2017 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Beck* (Docket No. 152934) and *People v Dixon-Bey* (Docket No. 156746). On order of the Court, *Beck* having been decided on July 29, 2019, 504 Mich ___ (2019), and leave to appeal having been denied in *Dixon-Bey* on July 29, 2019, 504 Mich ___ (2019), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *Beck*. In addition, the Court of Appeals shall analyze: (1) whether defendant's argument pertaining to the consecutive nature of his sentences is outside the scope of the remand for "resentencing"; and (2) if not, whether the trial court articulated an appropriate basis for imposing consecutive sentences. See *People v Norfleet*, 317 Mich App 649 (2016). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2019



Clerk

p1120